# Exhibit A

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

UNLIMITED AVENUES INC
1407 BROADWAY #190
0  NEW YORK NY 10018

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684724 | 05/22/2019 | 06/03/2019 | $ 37,243.61 | 034993-2019 | 05/13/2019 | -$ 1,340.10 |
| 684724 | 05/22/2019 | 06/03/2019 | 37,243.61 | 11021-2019 | 04/22/2019 | 12,451.91 |
| 684724 | 05/22/2019 | 06/03/2019 | 37,243.61 | 11022-2019 | 04/22/2019 | 4,154.82 |
| 684724 | 05/22/2019 | 06/03/2019 | 37,243.61 | 11026-2019 | 04/22/2019 | 12,051.00 |
| 684724 | 05/22/2019 | 06/03/2019 | 37,243.61 | 11027-2019 | 04/22/2019 | 2,675.32 |
| 684724 | 05/22/2019 | 06/03/2019 | 37,243.61 | 11039-2019 | 04/22/2019 | 8,013.91 |
| 684724 | 05/22/2019 | 06/03/2019 | 37,243.61 | 12560-2019 | 05/06/2019 | - 695.75 |
| 684724 | 05/22/2019 | 06/03/2019 | 37,243.61 | 12605-2019 | 05/15/2019 | - 67.50 |
| 685133 | 05/29/2019 | 06/05/2019 | 48,161.26 | 035009-2019 | 05/27/2019 | - 151.20 |
| 685133 | 05/29/2019 | 06/05/2019 | 48,161.26 | 11023-2019 | 04/22/2019 | 8,064.90 |
| 685133 | 05/29/2019 | 06/05/2019 | 48,161.26 | 11024-2019 | 04/22/2019 | 8,064.90 |
| 685133 | 05/29/2019 | 06/05/2019 | 48,161.26 | 11025-2019 | 04/22/2019 | 12,564.56 |
| 685133 | 05/29/2019 | 06/05/2019 | 48,161.26 | 11028-2019 | 04/22/2019 | 7,786.80 |
| 685133 | 05/29/2019 | 06/05/2019 | 48,161.26 | 11029-2019 | 04/22/2019 | 5,793.75 |
| 685133 | 05/29/2019 | 06/05/2019 | 48,161.26 | 11030-2019 | 04/22/2019 | 6,037.55 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | 035059-2019 | 06/03/2019 | - 1,785.90 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | 035120-2019 | 06/10/2019 | - 340.20 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | 11232-2019 | 05/13/2019 | 6,746.70 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | 11233-2019 | 05/10/2019 | 7,352.97 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | 11234-2019 | 05/10/2019 | 11,355.75 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | 11235-2019 | 05/07/2019 | 3,308.84 |
| 686027 | 06/22/2019 | 07/09/2019 | 43,095.90 | 11236-2019 | 05/13/2019 | 7,303.95 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | 11237-2019 | 05/10/2019 | 11,355.75 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | 12627-2019 | 05/21/2019 | - 994.50 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | 12639-2019 | 05/30/2019 | - 303.25 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | 12654-2019 | 05/31/2019 | - 149.00 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | 12685-2019 | 06/04/2019 | - 271.25 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | EL502400-2019 | 05/28/2019 | - 393.96 |
| 686027 | 06/19/2019 | 07/09/2019 | 43,095.90 | T2894 | 06/03/2019 | - 90.00 |
| 686353 | 06/26/2019 | 07/09/2019 | 29,952.87 | 11241-2019 | 05/20/2019 | 9,736.28 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 42 | 686353 | 06/26/2019 | 07/09/2019 | 29,952.87 | 11242-2019 | 05/20/2019 | 10,199.30 |
| 43 | 686353 | 06/26/2019 | 07/09/2019 | 29,952.87 | 11243-2019 | 05/20/2019 | 3,378.91 |
| 44 | 686353 | 06/26/2019 | 07/09/2019 | 29,952.87 | 11321-2019 | 05/24/2019 | 6,651.88 |
| 45 | 686353 | 06/26/2019 | 07/09/2019 | 29,952.87 | 955-79305-2019 | 06/20/2019 | - 13.50 |
| 46 | TOTAL | | | $ 158,453.64 | 21 | | |